# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Case No. 3:22-cv-00699-FDW-SCR

| | |
|---|---|
| CRYSTAL BROWN,<br><br>　　Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., DEPUY INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL,<br><br>　　Defendants. | |

## JOINT NOTICE OF PROPOSED SETTLEMENT

Plaintiff Crystal Brown and Defendants DePuy Orthopaedics, Inc., DePuy Inc., DePuy International Limited, Johnson & Johnson, Johnson & Johnson Services, Inc. and Johnson & Johnson International, by and through their undersigned counsel, hereby notify the Court of their proposed settlement in this matter. The parties are in the process of preparing the necessary settlement documents. The parties will file with the Court a Stipulation of Dismissal within 30 days or sooner upon completion of the settlement documents.

[Signature Blocks on Next Page]

This the 21st day of March, 2024.

/s/ Gary Davis
Gary Davis
N.C. State Bar No. 25976
DAVIS & WHITLOCK, P.C.
21 Battery Park Avenue
Asheville, North Carolina 28801
Telephone: (828) 622-0044
Fax: (828) 398-0435
gadavis@enviroattorney.com

Navan Ward, Jr.
Tiffany Birley
James Lampkin
Aigner Kolom
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103
Telephone: (334) 269-2343
Fax: (334) 954-7555
David.Byrne@BeasleyAllen.com
Navan.Ward@BeasleyAllen.com
Tiffany.Birley@BeasleyAllen.com
James.Lampkin@BeasleyAllen.com
Aigner.Kolom@BeasleyAllen.com

Attorneys for Plaintiffs

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
ELLIS & WINTERS LLP
P.O. Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4195
Fax: (336) 217-4198
dixie.wells@elliswinters.com

William Essig
BARNES & THORNBURG LLP
1 North Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 214-5617
Fax: (312) 759-5646
William.Essig@btlaw.com

Attorneys for Defendants