**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00699-FDW-DSC**

| | |
|---|---|
| **CRYSTAL BROWN,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**DEPUY ORTHOPAEDICS, INC.,**<br>**DEPUY INC., DEPUY INTERNATIONAL**<br>**LIMITED, JOHNSON & JOHNSON,**<br>**JOHNSON & JOHNSON SERVICES, INC.,**<br>**and JOHNSON & JOHNSON**<br>**INTERNATIONAL,** )<br><br>**Defendants.** ) | **JOINT STIPULATION OF**<br>**DISMISSAL WITH**<br>**PREJUDICE** |

   **IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendants, who have

appeared through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), that the above-captioned action and all claims stated therein against all parties are

hereby dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

   This the 7th day of May, 2024.

/s/ Navan Ward, Jr.
Navan Ward, Jr.
David B. Byrne, III
James Lampkin
Aigner Kolom
Beasley, Allen, Crow, Methvin, Portis
& Miles, P.C.
P.O. Box 4160
Montgomery, AL  36103-4160
Telephone: (800) 898-2034
Fax: (334) 954-7555
Navan.ward@beasleyallen.com
David.byrne@beasleyallen.com
James.lampkin@beasleyallen.com
Aigner.kolom@beasleyallen.com

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
ELLIS & WINTERS LLP
P.O. Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4197
Fax: (336) 217-4198
dixie.wells@elliswinters.com

1

Gary Davis
NC Bar Number: 25976
Davis & Whitlock, P.C.
21 Battery Park Avenue
Asheville, NC 28801
P: (828) 622-0044
F: (828) 398-0435
gdavis@enviroattorney.com

**Attorneys for Plaintiff**

William Essig
BARNES & THORNBURG LLP
1 North Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone: (312) 214-5617
Fax: (312) 759-5646
William.Essig@btlaw.com

**Attorneys for DePuy Orthopaedics,
Inc., DePuy Inc., DePuy International
Limited, Johnson & Johnson,
Johnson & Johnson Services, Inc., and
Johnson & Johnson International**